UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                          :   INFORMATION

ABDULRAHMAN FARHANE,              :   S3 05 Cr. 673 (LAP)
    a/k/a "Abderr Farhan,"
                             :

          Defendant.
                             :

- - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

NOV 0 9 2006

COUNT ONE

The United States Attorney charges:

1.   From at least in or about November 2001, up to and including in or about June 2005, in the Southern District of New York and elsewhere, ABDULRAHMAN FARHANE, a/k/a "Abderr Farhan," the defendant, and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other, to violate Section 1956(a)(2)(A) of Title 18, United States Code.

2.   It was a part and an object of the conspiracy that ABDULRAHMAN FARHANE, a/k/a "Abderr Farhan," the defendant, and others known and unknown, would transport, transmit and transfer, and attempt to transport, transmit and transfer, a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, to wit, ABDULRAHMAN FARHANE, a/k/a "Abderr Farhan," agreed with others to

assist another individual to transfer money from the United States to locations overseas to purchase weapons and communications equipment for jihadists in Afghanistan and Chechnya.

(Title 18, United States Code, Section 371.)

## COUNT TWO

The United States Attorney further charges:

3. On or about June 9, 2005, in the Southern District of New York and elsewhere, ABDULRAHMAN FARHANE, a/k/a "Abderr Farhan," the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, an international and domestic terrorism investigation of, among other things, fundraising, financing, and recruitment, being conducted by the Federal Bureau of Investigation ("FBI"), unlawfully, willfully, and knowingly falsified, concealed, and covered up by trick, scheme, and device, material facts, and made materially false, fictitious, and fraudulent statements and representations, to wit, in response to questions from the FBI, FARHANE falsely told a special agent of the FBI that (1) he had never met in-person with a confidential source of the FBI acting in an undercover capacity ("CS-1"), and one of FARHANE's co-conspirators ("CC-1"), a target of a terrorism-related investigation; (2) he had given the telephone number of CC-1 to CS-1 only because CC-1 ran a "Western

Union"-type business and could save CS-1 money on overseas transfers; and (3) he had never had any conversations with CS-1 and/or CC-1 regarding sending money or equipment to jihadists overseas.

(Title 18, United States Code, Section 1001(a)(2).)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v -

**ABDULRAHMAN FARHANE,**

**Defendant.**

**INFORMATION**

S3 02 Cr. 673 (LAP)

18 U.S.C. § 371, 18 U.S.C. § 1001

MICHAEL J. GARCIA
United States Attorney.