**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2019

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/19

Re:   **United States v. Abdulrahman Farhane**
      **05 Cr. 673 (LAP)**
      **18 Civ. 11973 (LAP)**

Dear Judge Preska:

The Government submits this letter to respectfully request that the Court issue an order permitting the U.S. Probation Office to provide the Government with a copy of the Presentence Report ("PSR") prepared for Mr. Farhane's April 16, 2007 sentencing. While the Government is in the process of retrieving the hard copy case file, it may be difficult to locate the copy of the PSR in the file, given the age of the case and the quantity of records. The Probation Office has advised that it will provide another copy of the PSR upon order of the Court.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by: _____
Jun Xiang
Assistant United States Attorney
(212) 637-2289

SO ORDERED
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
5/31/19

**CC (By ECF)**

All Counsel