IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ABDERRAHMANE FARHANE,<br>*Defendant.* | Case No. 05-CR-673-4 (LAP) |
| ABDERRAHMANE FARHANE,<br>*Petitioner,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Respondent.* | Case No. 18-CV-11973 (LAP)<br><br>**NOTICE OF WITHDRAWAL OF<br>DAVID BERMAN AS COUNSEL OF<br>RECORD AND [PROPOSED]<br>ORDER** |

**PLEASE TAKE NOTICE** that, I, David A. Berman, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, hereby withdraw as counsel of record for Defendant/Petitioner Abderrahmane Farhane. I am withdrawing as counsel of record for Defendant/Petitioner because I am separating from Wilmer Cutler Pickering Hale and Dorr LLP. Defendant/Petitioner continues to be represented in this matter by the other counsel of record at Wilmer Cutler Pickering Hale and Dorr LLP. I respectfully request that my name and email address be removed from the official docket.

1

Dated: December 16, 2019                             Respectfully submitted,


                                                     /s/ David A. Berman

                                                     David A. Berman
                                                     **WILMER CUTLER PICKERING HALE AND
                                                     DORR LLP**
                                                     250 Greenwich Street
                                                     New York, NY 10007 USA
                                                     Tel.: (212) 230-8800
                                                     Fax: (212) 230-8888
                                                     david.berman@wilmerhale.com


**SO ORDERED.**

Dated:   12/20   , 2019              _Loretta A. Preska_
                                     Honorable Loretta A. Preska
                                     United States District Judge

2