

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

January 13, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>**United States v. Farhane**</u>, 05 Cr. 673 (LAP)
             <u>**United States v. Farhane**</u>, 18 Civ. 11973 (LAP)

Dear Judge Preska:

      The Government respectfully submits this joint letter responding to the Court's Order directing the parties to meet and confer and to propose a schedule. Last week and this week, the parties met and conferred telephonically to discuss potential next steps. Based on discussions thus far—which have been frank and productive—the parties have not reached agreement as to scheduling or the scope of further litigation in this case.

      However, the parties believe that, if given additional time to confer, the parties may reach agreement on some issues, thereby narrowing the disputes that the Court would need to resolve. Accordingly, the parties respectfully propose to file a letter by January 27, 2025, setting forth the areas of agreement and any remaining areas of disagreement.

                                  Respectfully submitted,

                                    EDWARD Y. KIM
                                  Acting United States Attorney for the
                                  Southern District of New York

                by:     /s/ Jun Xiang
                        Jun Xiang
                        Assistant United States Attorney
                        (212) 637-2289

**CC:**
Counsel for Abderrahmane Farhane